THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BABCOCK, Appellant.

Argued May 24, 1949; decided July 19, 1949.

*Thomas J. De Laney* for appellant.

*Gordon Steele, District Attorney* (*Leonard Finkelstein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.